STATE OF CONNECTICUT *v.* FRANK DISTANTE

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Thomas F. Brown,* in support of the petition.

*Richard R. Brown,* in opposition.

Submitted April 18—decided May 8, 1974

ABRAHAM A. FIGARSKY ET AL. *v.* HISTORIC DISTRICT COMMISSION OF THE CITY OF NORWICH

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is granted.

*Jackson T. King, Jr.,* in support of the petition.